```
 1  JEAN MURRELL ADAMS, ESQ., (SBN: 138458)
    GAIL S. HODES, ESQ. (SBN: 139693)
 2  ADAMS ESQ, a Professional Corporation
 3  1300 Clay Street, Suite 600
    Oakland, CA 94612
 4  Ph:   (510) 832-6000
 5  Fax: (510) 832-3099
    jmurrelladams@adamsesq.com
 6
 7  Attorneys for Plaintiffs
    C.F. AND CATRINA CHILDS-FONG
 8
    LOUIS A. LEONE, ESQ. (SBN: 099874)
 9  KATHERINE A. ALBERTS, ESQ.  (SBN: 212825)
    BRIAN DUUS, ESQ. (SBN : 263403)
10  LEONE & ALBERTS
11  A Professional Corporation
    2175 N. California Blvd., Suite 900
12  Walnut Creek, CA  94596
    Telephone:     (925) 974-8600
13  Facsimile:     (925) 974-8601
14  E-Mail:  lleone@leonealberts.com
             kalberts@leonealberts.com
15           bduus@leonealberts.com
16
    Attorneys for Defendant
17  SAN LORENZO UNIFIED SCHOOL DISTRICT
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C.F., a minor, by and through his Guardian ad Litem; and Catrina Childs-Fong an individual | **Case No. 16-cv-01852-RS** |
| Plaintiff, | **NOTICE OF TENTATIVE SETTLEMENT AND REQUEST FOR STAY OF ALL DATES; [~~PROPOSED~~] ORDER** |
| v. | |
| SAN LORENZO UNIFIED SCHOOL DISTRICT, and DOES 1 - 20, | Date:  July 21, 2016<br>Time:  10:00 a.m.<br>Ctrm:  3 |
| Defendants | |

---
NOTICE OF TENTATIVE SETTLEMENT AND REQUEST FOR STAY OF ALL DATES; [PROPOSED] ORDER

Case No. 16-cv-01852 (RS)

1  Plaintiffs C.F, by and through his guardian ad litem, and CATRINA CHILDS-FONG, an
2  individual, and defendant SAN LORENZO UNIFIED SCHOOL DISTRICT, by and through
3  their respective counsel, hereby notify the Court that they have reached a tentative settlement in
4  the above captioned matter.  This settlement is tentative because it is subject to Board approval
5  by the San Lorenzo Unified School District Board of Education.  Therefore, the settlement will
6  not be finalized for at least 60 days.

7  As such, the parties request that the Case Management Conference, currently scheduled
8  for July 21, 2016 at 10:00 a.m., be continued for 60 days and that all other deadlines in this
9  matter be stayed for 60 days pending finalization of the settlement and dismissal of the case.

11 Dated: July 19, 2016                          **LEONE & ALBERTS**

13                                                /s/ Katherine A. Alberts
                                                  KATHERINE A. ALBERTS, ESQ.
                                                  Attorney for Defendant
14                                                SAN LORENZO UNIFIED SCHOOL DISTRICT

16 DATED: July 19, 2016                          **ADAMS ESQ.**

18                                                /s/ Gail S. Hodes
                                                  GAIL S. HODES
19                                                Attorneys for Plaintiffs
                                                  C.F. AND CATRINA CHILDS-FONG

22  I, Katherine A. Alberts, am the ECF User whose ID and password are being used to file
23  this NOTICE OF TENTATIVE SETTLEMENT AND REQUEST FOR STAY OF ALL
24  DATES; [PROPOSED] ORDER.  In compliance with Local Rule 5-1(i)(3), I hereby attest that
25  attorney Gail S. Hodes has concurred in this filing.

26                                                /s/ Katherine A. Alberts

NOTICE OF TENTATIVE SETTLEMENT AND                           Case No. 16-cv-01852 (RS)
REQUEST FOR STAY OF ALL DATES;
[PROPOSED] ORDER

1

[~~PROPOSED~~] ORDER

Pursuant to the Notice of Tentative Settlement of the parties and good cause appearing therefrom, **IT IS HEREBY ORDERED** that:

1) The Case Management Conference, currently scheduled for July 21, 2016 at 10:00 a.m., in Courtroom 3 of the above captioned Court, is hereby continued to October _27_, 2016 at 10:00 a.m. in Courtroom 3; and

2) All other deadlines in the above captioned action are stayed for 60 days from the date of this order.

IT IS SO ORDERED:

Dated: _7/20/16_

_____
HON. RICHARD SEEBORG
Judge of the United States District Court
Northern District of California