1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

8

9

10

11

12

13

14

15

| | |
|---|---|
| C.F., a minor, by and through his Guardian ad Litem; and Catrina Childs-Fong an individual<br><br>Plaintiff,<br><br>v.<br><br>SAN LORENZO UNIFIED SCHOOL DISTRICT, and DOES 1 - 20,<br><br>Defendants | **Case No. 16-cv-01852-RS**<br><br>**JOINT STIPULATION REQUESTING DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Fed. R. Civ. Proc. 41(a)(1)(2) |

16

17     Pursuant to the Stipulation of the Parties, this action is dismissed with prejudice. Each

18 party shall bear their own costs and attorneys' fees.

19

20 IT IS SO ORDERED:

21

22 Dated: _12/13/16_____

23 _____

24 HON. RICHARD SEEBORG
Judge of the United States District Court

25 Northern District of California

26

27

28

ORDER DISMISSING ACTION WITH PREJUDICE                              Case No. 16-cv-01852 (RS)

1